**UNITES STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-019570-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Select Portfolio Servicing, Inc., Secured Creditor | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Muhammad S Nazir**<br><br>Debtor(s). | Case No.: **16-31043-VFP**<br><br>Chapter 13<br><br>Judge Vincent F. Papalia |

**ORDER APPROVING
TRIAL LOAN MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two (2) through three (3), is hereby

**ORDERED**.

**DATED: December 5, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: **Muhammad S Nazir**
Case No.: **16-31043-VFP**
Caption of Order: **Order Approving Trial Loan Modification**

---

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc. (the "Movant"), for an Order approving a Trial Loan Modification Agreement and all interested parties having been given notice of this motion, and any objection or opposition to the Motion having been addressed and resolved or overruled, and it appearing that said trial loan modification is proper and in the best interest of the Debtor(s) and the estate, and for good cause shown, it is hereby ordered that:

1. Movant's Motion is hereby granted.

2. The Debtor(s) is/are granted approval to enter into a Trial Loan Modification Agreement (a copy of which is attached to the Motion papers as Exhibit "B").

3. Movant's Mortgage secured by real property owned by the Debtor(s) located at 149 W 27 Street Bayonne NJ 07002 is hereby modified in accordance with the terms set forth in the Trial Loan Modification Agreement attached to the Motion as Exhibit "B;"

4. Movant's Proof of Claim shall not be amended unless and until a permanent Loan Modification is approved by further order of the Court.

5. Any confirmed Plan shall remain in full force and effect until further order of the Court.

6. Communication and/or negotiations between Debtor(s) and mortgagees/mortgage servicers about this Trial Loan Modification or any subsequent permanent loan modification shall be deemed to not violate the stay provisions of 11 U.S.C. Section 362; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

Debtor: **Muhammad S Nazir**
Case No.: **16-31043-VFP**
Caption of Order: **Order Approving Trial Loan Modification**

---

7. In the event a permanent loan modification is offered by the Movant to the Debtor(s), either party may move before the Court for approval of that permanent loan modification.

8. The Movant shall serve this order on the Debtor(s), any Trustee and any other party who entered an appearance on the motion.