**UNITES STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>973- 325-8800<br>File No.: 03-019570-B00<br>Douglas McDonough, Esq.<br>Attorney ID: DM0973<br>DMcDonough@flwlaw.com<br>Attorney for Select Portfolio Servicing, Inc., Secured Creditor | Order Filed on December 5, 2019<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In Re:<br><br>**Muhammad S Nazir**<br><br>Debtor(s). | Case No.: **16-31043-VFP**<br><br>Chapter 13<br><br>Judge Vincent F. Papalia |

**ORDER APPROVING
TRIAL LOAN MODIFICATION AGREEMENT**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: December 5, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

Debtor: **Muhammad S Nazir**
Case No.: **16-31043-VFP**
Caption of Order: **Order Approving Trial Loan Modification**

---

THIS MATTER having been opened to the Court upon the motion of Select Portfolio Servicing, Inc. (the "Movant"), for an Order approving a Trial Loan Modification Agreement and all interested parties having been given notice of this motion, and any objection or opposition to the Motion having been addressed and resolved or overruled, and it appearing that said trial loan modification is proper and in the best interest of the Debtor(s) and the estate, and for good cause shown, it is hereby ordered that:

1. Movant's Motion is hereby granted.

2. The Debtor(s) is/are granted approval to enter into a Trial Loan Modification Agreement (a copy of which is attached to the Motion papers as Exhibit "B").

3. Movant's Mortgage secured by real property owned by the Debtor(s) located at 149 W 27 Street Bayonne NJ 07002 is hereby modified in accordance with the terms set forth in the Trial Loan Modification Agreement attached to the Motion as Exhibit "B;"

4. Movant's Proof of Claim shall not be amended unless and until a permanent Loan Modification is approved by further order of the Court.

5. Any confirmed Plan shall remain in full force and effect until further order of the Court.

6. Communication and/or negotiations between Debtor(s) and mortgagees/mortgage servicers about this Trial Loan Modification or any subsequent permanent loan modification shall be deemed to not violate the stay provisions of 11 U.S.C. Section 362; and any such communication or negotiation shall not be used by either party against the other in any subsequent litigation.

Debtor: **Muhammad S Nazir**
Case No.: **16-31043-VFP**
Caption of Order: **Order Approving Trial Loan Modification**

---

7. In the event a permanent loan modification is offered by the Movant to the Debtor(s), either party may move before the Court for approval of that permanent loan modification.

8. The Movant shall serve this order on the Debtor(s), any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Muhammad S Nazir  
      Debtor

Case No. 16-31043-VFP  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0312-2      User: admin      Page 1 of 1      Date Rcvd: Dec 06, 2019  
                        Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 08, 2019.  
db        +Muhammad S Nazir,   149 W 27 Street,   Bayonne, NJ 07002-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.      TOTAL: 0

      ***** BYPASSED RECIPIENTS *****  
NONE.      TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 08, 2019      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 6, 2019 at the address(es) listed below:  
      Douglas J. McDonough   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. DMcDonough@flwlaw.com  
      Jill Manzo   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com  
      Jill Manzo   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com  
      Marie-Ann Greenberg   magecf@magtrustee.com  
      Melissa N. Licker   on behalf of Creditor   Select Portfolio Servicing, Inc. NJ_ECF_Notices@mccalla.com  
      Phillip Andrew Raymond   on behalf of Creditor   Bayview loan Servicing, LLC phillip.raymond@mccalla.com  
      R. A. Lebron   on behalf of Creditor   SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com  
      Rebecca Ann Solarz   on behalf of Creditor   BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com  
      Robert Wachtel   on behalf of Debtor Muhammad S Nazir rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com  
      Ronald I. LeVine   on behalf of Debtor Muhammad S Nazir ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com  
      TOTAL: 10