UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on February 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Muhammad Nazir

Case No.: 16-31043VFP

Chapter: 13

Judge: Hon. Papalia

## ORDER TO AVOID LIENS IN CHAPTER 13 CASE
## PURSUANT TO 11 U.S.C. §522(f)

The relief set forth on the following page is hereby ORDERED

**DATED: February 26, 2020**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Liens on the property described as 149 W 27th Street, Bayonne NJ 07002, and it is hereby

ORDERED that the following judicial liens are avoided:

1. DJ#224647-2008, DC-012808-08, Midland Funding LLC, $3,997.20
2. DJ#326362-2011, DC-027876-10, Portfolio Recovery Associates, $5,879.28

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.