UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-2(c)**

Ronald I. LeVine, Esq.
210 River Street, Suite 11
Hackensack, New Jersey 07601
Attorney for Debtors

Order Filed on February 26, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Muhammad Nazir

Case No.: 16-31043VFP

Chapter: 13

Judge: Hon. Papalia

## ORDER TO AVOID LIENS IN CHAPTER 13 CASE PURSUANT TO 11 U.S.C. §522(f)

The relief set forth on the following page is hereby ORDERED

**DATED: February 26, 2020**

_____
Honorable Vincent F. Papalia
United States Bankruptcy Judge

This matter was presented to the Court by the debtor on a Motion to Avoid Judicial Liens on the property described as 149 W 27th Street, Bayonne NJ 07002, and it is hereby

ORDERED that the following judicial liens are avoided:

1. DJ#224647-2008, DC-012808-08, Midland Funding LLC, $3,997.20
2. DJ#326362-2011, DC-027876-10, Portfolio Recovery Associates, $5,879.28

and it is hereby further

ORDERED that the debtor may avoid the above referenced lien(s) and have same canceled of record as to the property, provided the debtor is granted a discharge in this chapter 13 case or in a succeeding Chapter 7 case in the event of conversion to Chapter 7 under Title 11 of the United States Code.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-31043-VFP
Muhammad S Nazir                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 1              Date Rcvd: Feb 26, 2020
                              Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 28, 2020.
db              +Muhammad S Nazir,    149 W 27 Street,    Bayonne, NJ 07002-1711

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 28, 2020                                             Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 26, 2020 at the address(es) listed below:
      Douglas J. McDonough     on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. DMcDonough@flwlaw.com
      Jill   Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com
      Jill   Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
      Marie-Ann  Greenberg    magecf@magtrustee.com
      Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc. NJ_ECF_Notices@mccalla.com
      Phillip Andrew Raymond     on behalf of Creditor    Bayview loan Servicing, LLC phillip.raymond@mccalla.com
      R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com
      Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
      Robert  Wachtel    on behalf of Debtor Muhammad S Nazir rwachtel@ronlevinelaw.com, irr72645@notify.bestcase.com
      Ronald I. LeVine    on behalf of Debtor Muhammad S Nazir ronlevinelawfirm@gmail.com, irr72645@notify.bestcase.com
                                                                                                TOTAL: 10