**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Muhammad S Nazir<br>First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–7737<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _<br>EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   District of New Jersey

Case number:   16–31043–VFP

# Order of Discharge                                                                        12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Muhammad S Nazir

3/9/20                                   **By the court:** Vincent F. Papalia
                                                              United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                                  Case No. 16-31043-VFP
Muhammad S Nazir                                                                        Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2         User: admin              Page 1 of 2              Date Rcvd: Mar 09, 2020
                             Form ID: 3180W           Total Noticed: 47

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 11, 2020.
```
db          +Muhammad S Nazir,    149 W 27 Street,    Bayonne, NJ 07002-1711
aty         +McCalla Raymer, LLC,    Bankruptcy Department,    1544 Old Alabama Road,    Roswell, GA 30076-2102
none        +Maggie Koray,    200 Old Country Road,    Melville, NY 11747-2715
516603824  ++ASPIRE VISA,    P O BOX 105555,    ATLANTA GA 30348-5555
             (address filed with court: Aspire,    PO Box 23007,    Columbus, GA 31902)
516595337   +Baxter Financial, LLC,    c/o Fein Such Kahn & Shepard PC,    7 Century Dr., Suite 201,
              Parsippany, NJ 07054-4609
516603825   +Bay Ridge Federal Credit Union,    1750 86th St.,    Brooklyn, NY 11214-3715
516603827   +Bayonne Emergency Assoc.,    29 East 29th St.,    Bayonne, NJ 07002-4695
516602616   +Bayonne Emergency Associates, LLC,    29 East 29th St.,    Bayonne, NJ 07002-4695
516697233    Bayview Loan Servicing, LLC,    Bankruptcy Department,    P.O. Box 840,    Buffalo, NY 14240-0840
516589688   +Bayview Loan Servicing, LLC,    McCalla Raymer Pierce, LLC,    c/o Bankruptcy Department,
              1544 Old Alabama Road,    Roswell, GA 30076-2102
516480880   +Bayview Loan Servicing, LLC,    1415 W Cypress Creek Road,    Suite #200,
              Fort Lauderdale, Florida 33309-1955
516506154   +Bayview Loan Servicing, LLC,    Attn: Fein Such, et al,    7 Century Dr.,    Ste. 201,
              Parsippany, NJ 07054-4609
516603828   +Best Buy - CBNA,    PO Box 6497,    Sioux Falls, SD 57117-6497
516602622   +Chase Bank, N.A.,    PO Box 939069,    San Diego, CA 92193-9069
516603833  #+EMerge,    2464 Massachusetts Ave.,    Ste. 101,    Cambridge, MA 02140-1643
516603834    EZ Pass NY Service Ctr.,    PO Box 149003,    Staten Island, NY 10314
516602618   +GE Money Bank,    PO Box 939069,    San Diego, CA 92193-9069
516602623   +GE Money Bank,    Attn: Allied Interstate,    3000 Corporate Exchange Drive,
              Columbus, OH 43231-7689
516602624    HSBC Bank,    POB 9,    Buffalo, NY 14203
516480878    M and T Bank,    Bayview Loan Servicing, LLC,    PO BOX 619063,    Dallas, TX  75261-9063
516602625    Midland Funding LLC,    Attn: Pressler & Pressler, LLP,    7 Entin RoadParsippany, NJ 07054
516603835   +NYC Dept. of Finance,    PO Box 3600,    New York, NY 10008-3600
516602620   +PC Richard,    Attn: Allied Interstate,    7525 W Campus Rd.,    New Albany, OH 43054-1121
516602626    Petro Heating Oil and Services,    Attn: CBHV155 North Plank Road,    Newburgh, NY 12551
516603839   +Professional Account Mgmt.,    PO Box 1520,    Milwaukee, WE 53201-1520
516603840   +RJM Acquisitions Funding, LLC,    575 Underhill  Blvd. #224,    Syosset, NY 11791-3416
516602627    Senex Services Corp,    333 Founders Rd.,    2nd Fl.,    Indianapolis, IN 46268
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg          E-mail/Text: usanj.njbankr@usdoj.gov Mar 10 2020 00:34:47      U.S. Attorney,    970 Broad St.,
              Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg         +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Mar 10 2020 00:34:43      United States Trustee,
              Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
              Newark, NJ 07102-5235
cr          +EDI: RMSC.COM Mar 10 2020 03:33:00      Synchrony Bank c/o PRA Receivables Management, LLC,
              PO BOX 41021,    Norfolk, VA 23541-1021
516603822   +EDI: AMEREXPR.COM Mar 10 2020 03:33:00      American Express,    PO Box 981537,
              El Paso, TX 79998-1537
517861455   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146,    Bayview Loan Servicing, LLC,
              4425 Ponce De Leon Blvd. 5th Floor,    Coral Gables, Florida 33146-1837
517861454   +E-mail/Text: bkmailbayview@bayviewloanservicing.com Mar 10 2020 00:35:24
              Bayview Loan Servicing, LLC,    4425 Ponce De Leon Blvd. 5th Floor,
              Coral Gables, Florida 33146-1873
516603829    EDI: CAPITALONE.COM Mar 10 2020 03:33:00      Capital One Bank,    15000 Capital One Dr.,
              Richmond, VA 23238
516602617   +E-mail/PDF: creditonebknotifications@resurgent.com Mar 10 2020 00:29:57      Credit One Bank,
              POB 98872,    Las Vegas, NV 89193-8872
516603832    EDI: HFC.COM Mar 10 2020 03:33:00      Direct Merchant Bank,    PO Box 21222,    Tulsa, OK 74121
517055460   +EDI: HFC.COM Mar 10 2020 03:33:00      HSBC Bank,    PO Box 2013,    Buffalo, NY 14240-2013
516603830    EDI: JPMORGANCHASE Mar 10 2020 03:33:00      Chase Bank, N.A.,    PO Box 15298,
              Wilmington, DE 19850
516602621    EDI: JPMORGANCHASE Mar 10 2020 03:33:00      Providian,    PO Box 660490,    Dallas, TX 75266
516697261    E-mail/PDF: resurgentbknotifications@resurgent.com Mar 10 2020 00:30:02
              LVNV Funding, LLC its successors and assigns as,    assignee of FNBM, LLC,
              Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
516602619   +EDI: RMSC.COM Mar 10 2020 03:33:00      Lowes,    POB 530914,    Atlanta, GA 30353-0914
516480879    E-mail/Text: camanagement@mtb.com Mar 10 2020 00:34:17      M&T Bank,
              Bayview Loan Servicing, LLC,    PO BOX 62182,    Baltimore, MD  21264-2182
516603838    EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates,    140 Corporate Blvd.,
              Norfolk, VA 23502
516693411    EDI: PRA.COM Mar 10 2020 03:33:00      Portfolio Recovery Associates, LLC,
              c/o Capital One Bank, N.A.,    POB 41067,    Norfolk VA 23541
518135671    E-mail/Text: jennifer.chacon@spservicing.com Mar 10 2020 00:36:16
              Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
```

```
District/off: 0312-2           User: admin                Page 2 of 2                   Date Rcvd: Mar 09, 2020
                               Form ID: 3180W             Total Noticed: 47
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
518135672        E-mail/Text: jennifer.chacon@spservicing.com Mar 10 2020 00:36:16
                  Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250,
                  Select Portfolio Servicing, Inc.,    P.O. Box 65250,    Salt Lake City, UT 84165-0250
516666434       +EDI: RMSC.COM Mar 10 2020 03:33:00      Synchrony Bank,   c/o of PRA Receivables Management, LLC,
                  PO Box 41021,   Norfolk, VA 23541-1021
                                                                                              TOTAL: 20

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 11, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 9, 2020 at the address(es) listed below:
```
              Douglas J. McDonough    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC.
               DMcDonough@flwlaw.com
              Jill  Manzo    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com
              Jill  Manzo    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC bankruptcy@feinsuch.com
              Marie-Ann  Greenberg    magecf@magtrustee.com
              Melissa N. Licker    on behalf of Creditor    Select Portfolio Servicing, Inc.
               NJ_ECF_Notices@mccalla.com
              Phillip Andrew Raymond    on behalf of Creditor    Bayview loan Servicing, LLC
               phillip.raymond@mccalla.com
              R. A. Lebron    on behalf of Creditor    SELECT PORTFOLIO SERVICING, INC. bankruptcy@feinsuch.com
              Rebecca Ann Solarz    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC rsolarz@kmllawgroup.com
              Robert  Wachtel    on behalf of Debtor Muhammad S Nazir rwachtel@ronlevinelaw.com,
               ronlevinelawfirm@gmail.com
              Ronald I. LeVine    on behalf of Debtor Muhammad S Nazir ronlevinelawfirm@gmail.com,
               irr72645@notify.bestcase.com
                                                                                              TOTAL: 10
```